IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN TOWERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>WSD ENGINEERING, INC. d/b/a WSD CONSTRUCTION, UNION FUNDING SOURCE, INC., BANNER BANK, GFE NY, LLC, d/b/a/ GLOBAL FUNDING EXPERTS, and CLOUDFUND, LLC,<br><br>Defendants. | Case No. 22-10687 |

**COMPLAINT FOR INTERPLEADER AND RELATED RELIEF**

Plaintiff American Towers LLC ("American Towers"), pursuant to 28 U.S.C. §§ 1335 and 2361, files this complaint against WSD Engineering, Inc. d/b/a WSD Construction ("WSD"), Union Funding Source, Inc. ("Union"), Banner Bank ("Banner"), GFE NY, LLC, d/b/a Global Funding Experts ("GFE"), and Cloudfund, LLC ("Cloudfund" and collectively with WSD, Union, Banner, GFE, and Cloudfund, the "Defendants") and states:

**INTRODUCTION**

1. American Towers presently holds $90,378.02 that is due and owing in connection with an invoice issued by WSD. Four WSD creditors—Defendants and adverse claimants Union, Banner, GFE and Cloudfund—have asserted competing claims to these funds.

2. In order to permit the resolution of these competing claims to the funds it is presently holding, American Towers invokes its rights under the federal interpleader statute, 28 U.S.C. § 2361. American Towers proposes to deposit these funds into the registry of the Court,

such that all of the competing claims of the adverse claimants may be heard and resolved. Upon deposit of the funds into the Court's registry, and consistent with the federal interpleader statute, American Towers asks that it be discharged of any further liability in connection with the funds in dispute, that any further action against American Towers in connection with this matter be enjoined, and that American Towers be awarded its reasonable attorneys' fees and costs.

## PARTIES

3.  Plaintiff American Towers is a single-member Delaware limited liability company with its principal place of business located at 116 Huntington Avenue, Boston, MA 02116.

4.  Defendant WSD is a California corporation with its principal place of business located at 9245 Sky Park Ct., Suite 105, San Diego, California 92123.

5.  Defendant Union is a Delaware corporation with its principal place of business located at 1835 E. Hallandale Beach Blvd #278, Hallandale Beach, FL 33009.

6.  Defendant Banner is a state-chartered financial institution chartered in the state of Washington with its principal place of business located at 10 South 1st Street, Walla Walla, WA 99362.

7.  Defendant GFE is a New York limited liability company with its principal place of business located at 27-01 Queens Plaza N, Queens, NY 11101.

8.  Defendant Cloudfund is a New York limited liability company with its principal place of business located at 400 Rella Boulevard, Suite 165-101, Suffern, New York, 10901.

## JURISDICTION AND VENUE

9. This Court has jurisdiction pursuant to 28 U.S.C. § 1335 because there is diversity of citizenship between defendant Banner, a Washington financial institution with its principal place of business in Washington, and defendant Union, a Delaware corporation with its principal place of business in Florida, and because each of these adverse claimants asserts an entitlement to funds owed by American Towers to WSD in an amount exceeding $500.00. American Towers's sole member is American Tower Corporation, which is a Delaware corporation with its principal place of business in Boston, MA. Defendants Banner and Union are adverse claimants of diverse citizenship as defined in 28 U.S.C. §§ 1332 and 1335.

10. Venue is proper pursuant to 28 U.S.C. §1391(b)(3), as the Defendants are subject to the personal jurisdiction of this Court.

## CAUSE OF ACTION IN INTERPLEADER

11. American Towers hired WSD to perform certain services at various locations, pursuant to a master agreement. American Towers received a January 26, 2022 invoice from WSD in the amount of $90,378.02 (the "Invoice"). A true and correct copy of the Invoice is attached as Exhibit "A," and incorporated by reference.

12. American Towers last made any payment to WSD on October 6, 2021 and currently holds $90,378.02 owed to WSD for work it performed (the "Disputed Funds"). American Towers and WSD agree that the Invoice reflects any and all amounts due and owing to WSD.

13. American Towers received an October 8, 2021 letter from Cloudfund asserting a claim against WSD in the amount of $237,804.00. A true and correct copy of Cloudfund's letter, without enclosures, is attached as Exhibit "B," and incorporated by reference.

14. American Towers also received an October 26, 2021 letter from Banner asserting an unspecified claim to WSD's outstanding accounts receivable with American Towers. A true and correct copy of Banner's letter, without enclosures, is attached as Exhibit "C," and incorporated by reference.

15. American Towers also received a November 17, 2021 letter from GFE asserting a claim against amounts owed to WSD in the amount of $336,372.40. A true and correct copy of GFE's letter is attached as Exhibit "D," and incorporated by reference.

16. American Towers also received a February 24, 2022 letter from Union asserting a claim of $92,400.00 against amounts owed to WSD. A true and correct copy of Union's letter, without enclosures, is attached as Exhibit "E," and incorporated by reference.

17. Union, Banner, GFE, and Cloudfund each assert a claim against American Towers for the Disputed Funds. Because of these competing claims, American Towers cannot determine the proper party to pay or remit the Disputed Funds without the risk of exposing itself to multiple claims and liability.

18. American Towers has no interest in the Disputed Funds (although it is requesting its reasonable and necessary attorneys' fees and costs for having to bring this action). American Towers files this action so that, upon notice and a final hearing, the Court can determine the claimant entitled to the Disputed Funds.

## **PRAYER**

WHEREFORE, American Towers respectfully requests that this Court enter an order:

A. (i) authorizing American Towers to deposit the Disputed Funds in the amount of $90,378.02 into the Registry of the Court, (ii) enjoining the Defendants, pursuant to 28 U.S.C. § 2361, from instituting or prosecuting any proceeding against American Towers with respect to

the Invoice or the Disputed Funds, whether brought in a State court, a United States court, or otherwise, (iii) discharging American Towers from any and all liability to any and all of the Defendants in connection with the Invoice and the Disputed Funds, and (iv) awarding American Towers its reasonable and necessary attorneys' fees, costs, and expenses incurred in connection with preparing and prosecuting this claim in interpleader, and making all filings and appearances that are required in connection with this action;

      B.    upon final hearing or further agreement of the parties, releasing the Disputed Funds to the Defendant or Defendants the Court finds is entitled to receive them; and

      C.    granting American Towers such other and further relief as to which it may show itself to be justly entitled.

Respectfully submitted,

/s/ Jonathan W. Young
Jonathan W. Young (BBO # 569081)
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199-7613
Telephone:     (617) 239-0367
Facsimile:     (855) 595-1190
Email:  jonathan.young@lockelord.com

- and -

Hanna J. Ciechanowski (BBO # 705222)
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199-7613
Telephone:     (617) 239-0141
Facsimile:     (888) 325-9128
Email:  hanna.ciechanowski@lockelord.com

Attorneys for Plaintiff in Interpleader
**AMERICAN TOWERS LLC**