UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN TOWERS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WSD ENGINEERING, INC. d/b/a WSD CONSTRUCTION, UNION FUNDING SOURCE, INC., BANNER BANK, GFE NY, LLC, d/b/a/ GLOBAL FUNDING EXPERTS, and CLOUDFUND, LLC,<br><br>    Defendants. | Case No. 22-10687 (GAO) |

**STATUS OF INTERPLEADER ACTION**

Plaintiff American Towers LLC ("American Towers"), hereby files this status report to provide the Court with information relating to recent developments in the above-referenced action (the "Interpleader Action"):

1. American Towers initiated the Interpleader Action on May 5, 2022 by filing its Complaint for Interpleader (the "Complaint").[1] ECF # 1. Service on all defendants was completed on August 2, 2022.

2. On July 25, 2022, American Towers, Banner Bank ("Banner") and Union Funding Source, Inc. ("Union") entered into a Stipulation of Dismissal, dismissing Banner Bank as a defendant from this Interpleader Action (the "Stipulation of Dismissal"). ECF # 17.

3. Following entry of the Stipulation of Dismissal, American Towers was advised that the remaining defendants in the Interpleader Action who hold competing claims in the Disputed

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Complaint.

Funds are working towards settling their disputes.  These settlements, if completed, may permit the resolution of the Interpleader Action on an agreed basis.

    4.    American Towers will provide the Court with further information as it becomes available.

Date:  October 27, 2022

Respectfully Submitted,

AMERICAN TOWERS LLC

*/s/ Jonathan W. Young*

Jonathan W. Young (BBO # 569081)
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199-7613
Telephone: (617) 239-0367
Facsimile: (855) 595-1190
Email: jonathan.young@lockelord.com

- and -

Hanna J. Ciechanowski (BBO # 705222)
LOCKE LORD, LLP
111 Huntington Avenue, 9th Floor
Boston, Massachusetts 02199-7613
Telephone: (617) 239-0141
Facsimile: (888) 325-9128
Email: hanna.ciechanowski@lockelord.com

## **CERTIFICATE OF SERVICE**

      I, Jonathan W. Young, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any party indicated as non-registered participants by First Class Mail.

Date:  October 27, 2022                 */s/ Jonathan W. Young*
                                                                   Jonathan W. Young